**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| BAHRAM AFSHAR | Case No. 17-13654-BFK |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter

13 case.  The cause for this motion is as follows:

> **Violation of 11 U.S.C. §343** – Failure to Appear at Meeting of Creditors -
> Debtor failed to appear at either his December 5, 2017 or his rescheduled
> December 19, 2017 Creditors Meeting.  This is Debtor's fifth bankruptcy filing.

**Your rights may be affected.  You should read these papers carefully and**

**discuss them with your attorney, if you have one in this bankruptcy case.  (If you**

**do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you

want the court to consider your views on the motion, then on or before five business

days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required
> by Local Bankruptcy Rule 9013-1(H).  Unless a written response and
> supporting memorandum are filed and served by the date specified, the Court
> may deem any opposition waived, treat the motion as conceded, and issue an
> order granting the requested relief without further notice or hearing.  If you mail
> your response to the court for filing, you must mail it early enough so the court
> will receive it on or before five business days prior to the scheduled hearing.
> You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Bahram Afshar, Case #17-13654-BFK

***Attend the hearing to be held on January 11, 2018 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __December 21, 2017__        __/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of December, 2017, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Bahram Afshar
Chapter 13 Debtor
13080 Park Crescent Circle
Herndon, VA 20171

Michael J.O Sandler
Attorney for Debtor
Fisher-Sandler, LLC
12801 Darby Brook Court, Suite 201
Woodbridge, VA 22192
     ___/s/ Thomas P. Gorman_____
     Thomas P. Gorman